JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER 818-640-3303, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE/METRO PCS | Case No. 2:22-mj-00429-VCF<br><br>**Government's Motion to Unseal Case** |

The United States of America, by and through the undersigned, respectfully moves this Court for an Order to UNSEAL the instant case. Specifically, the undersigned requests to unseal the Search Warrant and Tracking Warrant filed under the instant case and all related documents in anticipation of producing the same as discovery in Case No. 2:22-mj-00549-BNW.

DATED: July 15, 2022

                                                        Respectfully submitted,

                                                        JASON M. FRIERSON
                                                        United States Attorney

                                                        */s/  Allison Reese*

                                                        ALLISON REESE
                                                        Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH THE CELLULAR DEVICE ASSIGNED CALL NUMBER 818-640-3303, THAT IS STORED AT PREMISES CONTROLLED BY T-MOBILE/METRO PCS | Case No. 2:22-mj-00429-VCF<br><br>**Government's Motion to Unseal Case** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

**DATED** this 15th day of July, 2022.

_____
HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

2